ARCHIBALD W. YARD and others, appellants,

and

RANDOLPH H. MOORE, executor of Joseph Yard, and others, respondents.

*Mr. E. L. Campbell* and *Mr. A. Browning*, for appellants.

*Mr. G. D. W. Vroom* and *Mr. James Wilson*, for respondents.

French *v.* Claflin.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor in the case below, in 12 *C. E. Gr.* 114.